UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIA HINES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-13-00167 |
| | § | |
| WELLS FARGO BANK, N.A., et al., | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

Pursuant to the court's memorandum opinion and order issued on October 28, 2013, the court enters **JUDGMENT** for defendants on the claims of plaintiff Patricia Hines ("Hines"). Hines's claims are **DISMISSED WITH PREJUDICE**.

Further, pursuant to court's memorandum opinion and order issued this day, the court enters **JUDGMENT** for defendants on their counterclaims for attorneys' fees. The defendants are awarded their reasonable and necessary attorneys' fees and costs incurred in their defense totaling **$28,548.03**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas on March 6, 2014.

_____
Gray H. Miller
United States District Judge